DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JEREMIAH MARION,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-960

[October 4, 2018]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; James Nutt, Judge; L.T. Case No. 2018CA001393-AO.

Jeremiah Marion, South Bay, pro se.

Pamela Jo Bondi, Attorney General, Tallahassee, and Kimberly T. Acuña, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

MAY and FORST, JJ., and HILAL, JENNIFER, Associate Judge, concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***